Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−28681−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carol L Berry
    fka Carol L Berry−Austin
    35 Linden Avenue
    Montclair, NJ 07042

Social Security No.:
    xxx−xx−0643

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/19/2015 and a confirmation hearing on such Plan has been scheduled for 12/10/2015.

The debtor filed a Modified Plan on 8/10/2016 and a confirmation hearing on the Modified Plan is scheduled for 9/22/2016 at 9:00 A.M.. Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.      The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

        A full copy of the modified Plan will follow this notice.

Dated: August 11, 2016
JJW: car

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-28681-JKS
Carol L Berry                                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Aug 11, 2016
                             Form ID: 186          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
db            +Carol L Berry,    35 Linden Avenue,    Montclair, NJ 07042-4307
aty           +Kevin L. Parsons,    GILL & CHAMAS, LLC,    PO BOX 760,    WOODBRIDGE, NJ 07095-0760
aty           +Stern, Lavinthal & Frankenberg, LLC,    293 Eisenhower Parkway,    Suite 300,
               Livingston, NJ 07039-1789
515773993     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515861972      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515773994     +Comenity Capital Bank/HSN,    Attn: Bankruptcy,    Po Box 183043,    Columbus, OH 43218-3043
515957947     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
515773995     +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
515773996     +STERN, LAVINTHAL, ET. ALS.,    293 Eisenhower Parkway,    Suite 300,    Livingston, NJ 07039-1719
515842395      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
515773997     +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 11 2016 22:21:56    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2016 22:21:53     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515838878      E-mail/Text: bnc-quantum@quantum3group.com Aug 11 2016 22:21:47
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                        TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           +NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Carol L Berry  ssherman@minionsherman.com
                                                                                        TOTAL: 4