UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case No.: 15-28681
Carol L Berry                                       :
                                                    : Adv. No.: _____
                                                    :
                                                    : Judge: Sherwood
             Debtor (s),                            :
_____                : Chapter: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Application for Extension of Loss Mitigation Period

**Location of Hearing:** Courtroom No. 3D
US BANKRUPTCY COURT
50 WALNUT STREET, 3RD FL
NEWARK, NJ 07102

**Date and Time:** October 13, 2016 @ 11:00 am,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✔ ARE REQUIRED       _____ ARE NOT REQUIRED

DATED: September 13, 2016                   JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on September 13, 20 16 the foregoing notice was served on the following: Debtor, Debtor's Attorney, Trustee and Creditor's Attorney

JAMES J. WALDRON, Clerk

*Last revised 10-15-03 jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-28681-JKS
Carol L Berry                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1            Date Rcvd: Sep 13, 2016
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db             +Carol L Berry,    35 Linden Avenue,    Montclair, NJ 07042-4307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Scott D. Sherman    on behalf of Debtor Carol L Berry ssherman@minionsherman.com
                                                                                                    TOTAL: 4