Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15–28681–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol L Berry
   fka Carol L Berry–Austin
   35 Linden Avenue
   Montclair, NJ 07042

Social Security No.:
   xxx–xx–0643

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        2/9/17
Time:        11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
SCOTT D. SHERMAN

COMMISSION OR FEES
$2,200.00

EXPENSES

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: January 13, 2017
JAN: zlh

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-28681-JKS
Carol L Berry                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jan 13, 2017
                             Form ID: 137              Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
```
db           +Carol L Berry,    35 Linden Avenue,   Montclair, NJ 07042-4307
aty          +Kevin L. Parsons,   GILL & CHAMAS, LLC,    PO BOX 760,   WOODBRIDGE, NJ 07095-0760
aty          +Stern, Lavinthal & Frankenberg, LLC,    293 Eisenhower Parkway,   Suite 300,
               Livingston, NJ 07039-1789
515773993    +Capital One,    Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
515861972     Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
515773994    +Comenity Capital Bank/HSN,    Attn: Bankruptcy,   Po Box 183043,   Columbus, OH 43218-3043
515957947   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,   Dallas, TX 75261-9741)
515773995    +Nationstar Mortgage,    8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
515773996    +STERN, LAVINTHAL, ET. ALS.,    293 Eisenhower Parkway,   Suite 300,   Livingston, NJ 07039-1719
515842395     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,   Irvine, CA 92623-9657
515773997    +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2017 22:50:33     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2017 22:50:32     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515838878     E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2017 22:50:29
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
                                                                             TOTAL: 3


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          +NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
```
          Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Scott D. Sherman   on behalf of Debtor Carol L Berry ssherman@minionsherman.com
                                                                             TOTAL: 4
```