

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 |
| CAROL BERRY,,<br><br>                     Debtors |

**Order Filed on February 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:15-28681 JKS

Chapter 13

Hearing Date:  2/23/2017

Judge:   John K. Sherwood

## ORDER APPROVING  SETTLEMENT OF NEGLIGENCE ACTION
## AND LEGAL FEES FOR SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) through  Two  (2)  is hereby **ORDERED**.

**DATED: February 27, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  CAROL BERRY

Case No: 15-28681

**Caption of Order**:  **ORDER APPROVING  SETTLEMENT OF NEGLIGENCE ACTION AND LEGAL FEES FOR SPECIAL COUNSEL**

---

1. That the Settlement of $35,000.00 in the Cause of Action against Michael Csedrik, related to injuries suffered by Debtor from a July 31, 2014 Motor Vehicle Accident be and is hereby approved.

2. Disbursements shall be made as set forth in the Disbursement Statement submitted to this court as an exhibit to this motion, including payment of Special Counsel's legal fees in the sum of $10,712.02, Reimbursement of Expenses to Special Counsel in the amount of $2,863.93, and payment to Debtor of $21,424.05, representing the Debtor's exemption, are hereby approved.

3. The Chapter 13 Trustee shall be provided with a copy of the final closing statement (settlement statement), upon consummation of the disbursement, to ensure that compliance with this order.