| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> MINION & SHERMAN <br> By:  Scott D. Sherman, Esquire <br> 33 Clinton Road, Suite 105 <br> West Caldwell, New Jersey 07006 <br> (973) 882-2424 |

**Order Filed on February 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

CAROL BERRY,,

　　　　　　Debtors

Case No.:15-28681 JKS

Chapter 13

Hearing Date:  2/23/2017

Judge:   John K. Sherwood

## ORDER APPROVING SETTLEMENT OF NEGLIGENCE ACTION
## AND LEGAL FEES FOR SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) through  _Two  (2)_  is hereby **ORDERED**.

**DATED: February 27, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  CAROL BERRY

Case No: 15-28681

**Caption of Order**: **ORDER APPROVING  SETTLEMENT OF NEGLIGENCE ACTION AND LEGAL FEES FOR SPECIAL COUNSEL**

---

1. That the Settlement of $35,000.00 in the Cause of Action against Michael Csedrik, related to injuries suffered by Debtor from a July 31, 2014 Motor Vehicle Accident be and is hereby approved.

2. Disbursements shall be made as set forth in the Disbursement Statement submitted to this court as an exhibit to this motion, including payment of Special Counsel's legal fees in the sum of $10,712.02, Reimbursement of Expenses to Special Counsel in the amount of $2,863.93, and payment to Debtor of $21,424.05, representing the Debtor's exemption, are hereby approved.

3. The Chapter 13 Trustee shall be provided with a copy of the final closing statement (settlement statement), upon consummation of the disbursement, to ensure that compliance with this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-28681-JKS
Carol L Berry                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin              Page 1 of 1          Date Rcvd: Feb 27, 2017
                         Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db          +Carol L Berry,    35 Linden Avenue,   Montclair, NJ 07042-4307
aty         +Kevin L. Parsons,    GILL & CHAMAS, LLC,    PO BOX 760,    WOODBRIDGE, NJ 07095-0760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
      Marie-Ann Greenberg     magecf@magtrustee.com
      Scott D. Sherman    on behalf of Debtor Carol L Berry ssherman@minionsherman.com
                                                                                                                  TOTAL: 4