Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 15−28681−JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carol L Berry
   fka Carol L Berry−Austin
   35 Linden Avenue
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−0643

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/11/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 11, 2018
JAN: zlh

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 15-28681-JKS
Carol L Berry                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jun 11, 2018
                              Form ID: 148             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db            +Carol L Berry,    35 Linden Avenue,    Montclair, NJ 07042-4307
aty           +Kevin L. Parsons,    GILL & CHAMAS, LLC,    PO BOX 760,    WOODBRIDGE, NJ 07095-0760
aty           +Stern, Lavinthal & Frankenberg, LLC,    293 Eisenhower Parkway,    Suite 300,
                Livingston, NJ 07039-1789
516713653      MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,    SC   29603-0826
516713654     +MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,    SC   29603-0826,
                MTGLQ INVESTORS, L.P.,    c/o Shellpoint Mortgage Serving 29603-0826
515957947    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
515773995     +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
515773996     +STERN, LAVINTHAL, ET. ALS.,    293 Eisenhower Parkway,    Suite 300,    Livingston, NJ 07039-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2018 23:29:51     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2018 23:29:47     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515773993     +EDI: CAPITALONE.COM Jun 12 2018 02:58:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
515861972      EDI: CAPITALONE.COM Jun 12 2018 02:58:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
515773994     +EDI: WFNNB.COM Jun 12 2018 02:58:00     Comenity Capital Bank/HSN,    Attn: Bankruptcy,
                Po Box 183043,    Columbus, OH 43218-3043
515838878      EDI: Q3G.COM Jun 12 2018 02:58:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                PO Box 788,    Kirkland, WA  98083-0788
515842395      EDI: WFFC.COM Jun 12 2018 02:58:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                PO Box 19657,    Irvine, CA 92623-9657
515773997     +EDI: WFFC.COM Jun 12 2018 02:58:00     Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,
                Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           +NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Carol L Berry ssherman@minionsherman.com
                                                                                              TOTAL: 4